BERNARD LAMB v. GLOBAL LANDFILL RECLAIMING.

November 17, 1987.

Leave to appeal granted.

GEORGE GEDULDIG v. BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF NORTH BRUNSWICK.

November 30, 1987.

Petition for certification denied.

JERSEY CITY EDUCATION ASSOCIATION, INC. v. BOARD OF
EDUCATION OF THE CITY OF JERSEY CITY.

December 8, 1987.

Petition for certification denied.

RICHARD DAMATO v. HENRY FREDA, GENERAL
MOTORS CORPORATION.

December 8, 1987.

Petition for certification denied.